# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LVDG SERIES 114 established under LVDG, LLC,

        Plaintiff(s),

v.

ANN M. WRIGHT, et al.,

        Defendant(s).

2:13-CV-1775 JCM (NJK)

## ORDER

Presently before the court is the matter of *LVDG Series 114 v. Wright, et al,* case no. 2:13-cv-1775-JCM-NJK. This case involves an HOA foreclosure and subsequent sale pursuant to NRS 116.3116.

On November 13, 2013, the court entered an order denying plaintiff's motion for a preliminary injunction and granting defendants' motion to dismiss. (Doc. # 22). Plaintiff filed a notice of appeal. (Doc. #25). On December 11, 2013, plaintiff filed an emergency motion for preliminary injunction pending appeal. (Doc. # 27).

Plaintiff asks the court to enter an injunction pending appeal pursuant to Fed. R. App. P. 8(a)(1). When considering an injunction pending appeal, the first factor a district court evaluates is the movant's likelihood of success on the merits. *See Humane Soc. of U.S. v. Guitierrez*, 558 F.3d 896 (9th Cir. 2009) (citing *Winter v. N.R.D.C.*, 129 S. Ct. 365, 374–76 (2008)).

**James C. Mahan**
**U.S. District Judge**

1. Although the court recognizes the Ninth Circuit's "sliding scale" test, that test still requires an evaluation, at least to some degree, of the likelihood of success on the merits. As described in the order dismissing the case, this court has consistently rejected the legal theory plaintiff relies on. (*See* doc. # 22). Thus, plaintiff has not demonstrated it enjoys a high enough likelihood of success on the merits to warrant the extraordinary remedy it seeks.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's emergency motion for a preliminary injunction (doc. # 27) be, and the same hereby is, DENIED.

DATED December 13, 2013.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 2 -