1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
9
10
11
12
13
14

| | |
|---|---|
| LVDG SERIES 114 established under LVDG, LLC,<br><br>                    Plaintiff(s),<br><br>v.<br><br>ANN M. WRIGHT, et al.,<br><br>                    Defendant(s). | 2:13-CV-1775 JCM (NJK) |

15

**ORDER**

16        Presently before the court is the matter of *LVDG Series 114 v. Wright, et al,* case no. 2:13-cv-

17   1775-JCM-NJK.  This case involves an HOA foreclosure and subsequent sale pursuant to NRS

18   116.3116.

19        On November 13, 2013, the court entered an order denying plaintiff's motion for a

20   preliminary injunction and granting defendants' motion to dismiss.  (Doc. # 22).  Plaintiff filed a

21   notice of appeal.  (Doc. #25).  On December 11, 2013, plaintiff filed an emergency motion for

22   preliminary injunction pending appeal.  (Doc. # 27).

23        Plaintiff asks the court to enter an injunction pending appeal pursuant to Fed. R. App. P.

24   8(a)(1).  When considering an injunction pending appeal, the first factor a district court evaluates is

25   the movant's likelihood of success on the merits.  *See Humane Soc. of U.S. v. Guitierrez*, 558 F.3d

26   896 (9th Cir. 2009) (citing *Winter v. N.R.D.C.*, 129 S. Ct. 365, 374–76 (2008)).

27
28

**James C. Mahan**
**U.S. District Judge**

1    Although the court recognizes the Ninth Circuit's "sliding scale" test, that test still requires

2    an evaluation, at least to some degree, of the likelihood of success on the merits.  As described in

3    the order dismissing the case, this court has consistently rejected the legal theory plaintiff relies on.

4    (*See* doc. # 22).  Thus, plaintiff has not demonstrated it enjoys a high enough likelihood of success

5    on the merits to warrant the extraordinary remedy it seeks.

6    Accordingly,

7    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's emergency motion

8    for a preliminary injunction (doc. # 27) be, and the same hereby is, DENIED.

9    DATED December 13, 2013.

10

11    _____
      **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -