UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LVDG SERIES 114 established under LVDG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANN M. WRIGHT, et al.,<br><br>Defendants. | Case No. 2:13-cv-01775-JCM-NJK<br><br>ORDER |

Presently before the court is plaintiff LVDG Series 114 established under LVDG, LLC's ("LVDG") notice of voluntarily dismiss without prejudice. (Doc. # 37).

The court finds that plaintiff's notice comports with of the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i). Thus, plaintiff's request to dismiss the action will be granted.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that this action, case number 2:13-cv-01775-JCM-NJK, be, and the same hereby is, dismissed without prejudice.

IT IS FURTHER ORDERED that the clerk shall close the case.

DATED THIS 4th day of November, 2015.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE